1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     WILLIAM NUNN,                              No.  2:16-cv-2463-EFB P

12                    Plaintiff,

13          v.                                    ORDER

14     STANDIG, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C.

18     § 1983.  He has filed an application for leave to proceed in forma pauperis, but he failed to sign it.

19     *See* ECF No. 2.  Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading,

20     written motion, and other paper . . . be signed by at least one attorney of record in the attorney's

21     name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P. 11(a).  The court

22     cannot grant plaintiff's application for leave to proceed in forma pauperis because plaintiff has

23     not signed it.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.   Plaintiff's application for leave to proceed in forma pauperis (ECF No. 2) is denied

26               without prejudice.

27          2.   Within 30 days from the date of this order, plaintiff shall submit a signed affidavit in

28               support of his request for leave to proceed in forma pauperis.

                                                    1

1    3.   Plaintiff's failure to comply with this order may result in this action being dismissed.

2    4.   The Clerk of the Court is directed to send plaintiff a copy of the in forma pauperis form

3    used by this district.

4   DATED:  October 24, 2016.

5    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28