| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| WILLIAM NUNN, | No. 2:16-cv-2463-EFB P |
| Plaintiff, | |
| v. | ORDER |
| STANDIG, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. After dismissal of the original complaint pursuant to 28 U.S.C. § 1915A, plaintiff has filed an unsigned, amended complaint.

District courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court cannot conduct the required screening of plaintiff's amended complaint because plaintiff has not signed it. *See* ECF No. 10. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one

1

| | |
|---|---|
| 1 | attorney of record in the attorney's name—or by a party personally if the party is unrepresented." |
| 2 | Fed. R. Civ. P. 11(a). Because plaintiff did not sign the amended complaint (ECF No. 10), it will |
| 3 | be disregarded. Within thirty days, plaintiff may file an amended complaint that is signed. |
| 4 | Failure to comply with this order may result in a recommendation that this action be dismissed for |
| 5 | failure to prosecute |
| 6 | So ordered. |
| 7 | Dated: January 9, 2018. |
| | EDMUND F. BRENNAN |
| 8 | UNITED STATES MAGISTRATE JUDGE |